## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 05 2017**

JEFFREY P. COLWELL
CLERK

Brian Wayne Costello, Plaintiff,

v.

Mr. Archaletto, Sheriff Deputy, Adams County Detention Facility, in his individual capacity,

A Nurse whos true name is unknown, Adams County Detention Facility, in her individual capacity.

A Doctor whos true name is unknown, Adams County Detention Facility, in his individual capacity.

A Doctor whos true name is unknown, Adams County Detention Facility, in her individual capacity.

Jail Deputys 1-8, Adams County Detention Facility, in their individual capacity,

Municipality of Adams County Colorado

CCS the Medical Provider for Adams County Detention Facility,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

### PRISONER COMPLAINT

---

(Rev. 1/30/07)

## A. PARTIES

1. ~~[redacted]~~ Brian Wayne Costello Doc 171407 DRDC
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   ~~[redacted]~~

2. Mr. Archoletto, Deputy Sheriff, Adams County
   (Name, title, and address of first defendant)
   Detention Facility 150 N 19th Ave, Brighton Colorado 80601
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   He was a one of the Deputy Sheriffs working at Adams County Detention Facility when the Assault occurred.

3. A Nurse whos true name is unknown A Nurse at Adams
   (Name, title, and address of second defendant)
   County Detention Facility, 150 N 19th Ave Brighton Colorado 80601
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Nurse Jane Doe was exercising a power given to them by the government contracted with the jail

4. A Doctor whos true Name is unknown A Doctor at Adams
   (Name, title, and address of third defendant)
   County Detention Facility, 150 N 19th Ave Brighton Co 80601
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Doctor Doe was exercising a power given to them by the government contracted with the jail

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)            2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    __✓__ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    Colorado State common law tort
    (Supplemental Jurisdiction)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

I was arrested on 3-15-2017 and taken to Adams County Detention Facility on 3-19-2017 where I was held as a pre-trial detainee. Upon my arrival I was asked by nurse Jane Doe about medications that I was perscribed. I informed her that I currently had perscriptions of adderal and Gabapentin. She told me that I would be given my gabapentin right away but I would have to wait to be perscribed to my Adderal until I seen a perivider. I have been diagnosed with ADHD since I was six years old and Anxiety disorder since I was 15 years old. I have been perscribed medications since these times and without medication I can not function as a sane person. dispite what the nurse telling me I would see a professional it took nearly two months to see a provider.

(Rev. 1/30/07)                     3

5. A Doctor who's true name is unknown A Doctor at Adams County Detention Facility 150 N 19th Ave Brighton Co 80601
Yes the defendant was acting under Color of State law. Docter Jane Doe was exercising a power given to them by the government Contracted with the jail

6. Jail Deputys 1-8 Deputy Sheriffs at Adams County Detention Facility 150 N 19th Ave Brighton Co 80601
Yes the defendant(s) were acting under Color of State law. Deputys 1-8 Deputy Sheriffs working at Adams County Detention Facility involved in the assault

## C. Nature of The Case

Prior to seeing the Pysh Doctor on April 15th 2017 I was randomlly taken off my medication for no apparent reason. I asked nurse Jane Doe what was going on with my medications in which she responded you will see a doctor soon. I ended up seeing Dr. Doe a non Pyschetric Doctor. That perscribed me both my medcations. The nurses then started me back on my Gabapentin but never gave me my Adderal even though the Doctor approved it. I never recieved the Adderal at all and one week after they took me off the Gabapentin yet agian. The week after I was taken off the medications I seen the Doctor yet again, and this time he said he did not feel comfortable giveing me the medications and I had to see the Pysch Doctor for anything else. Later that day I saw the Pysch Doctor Jane Doe she told me she was not going to give me my medications and the only thing she could give me was Effexer and Visteral which dident work but caused me even more problems. These medications caused me to have worse side effects. So I let Doctor Jane Doe know that the medications are not helping and she highered the doses to the Effexer and Visteral and also gave me Saraquill which ended up being really bad for my liver. They knew I was suseptable to liver problems because they were aware that I have hepatites C. The medications they gave me also caused me to have erradic behavior, panic attacks and I could not even communicate properly with my lawyer and Judges. After greiving I filed a

lawsuit in Adams County District court about these issues. On July 3rd 2017 at or around 5:00 PM I was assaulted by 9 Jail Deputys including Deputy Archaleto. This assault was direct retaliation because of grevinces and the lawsuit. During the assault my life was threatened and I was told they would kill me if I said anything about the assault to their superiors or to the court. I was threatned tazed then walked down to the holding cell with the prongs from the tazer still in my back and thrown into a holding cell. I then had an anxiety attack and was not allowed medical attention and four hours later someone came and took me back to the same unit I was in before. I was never written up or given any type of behavior report or punishment proving that I did nothing wrong to earn the beating I had been given. All claims involve callous indiffrence to my rights and/or motavated by evil intent.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _State Tort Claim Neglagence/Medical Malpractice U.S._
   Supporting Facts: Constitutional Claim Diliberate Indiffrence to a Serious Medical Need:

   1. I was arrested on 3-15-2017 and taken to Adams County Detention Facility on 3-19-2017 as a pre trial detainee.

   2. While being booked in I talked to Nurse Jane Doe and she asked me what medications do I take. I told her I take Adderal 30mg two times a day for ADHD, and Gabapentin 1200mg two times a day for Anxiety Disorder. She approved my Gabapentin, but not the Adderal she said I would have to wait up to a month to see Mental Health to get my Adderal approved.

   3. I was diagnosed with ADHD and have always been perscribed medications to deal with this diagnoses since I was six years old. Recently up to that point I had been perscribed Adderal by Doctor Chris Wright at Rocky Mountain Family Medican in Englewood Colorado.

   4. I was diagnosed with Anxiety Disorder and have always had medications for this disorder since I was 15 years old. Most recently up to that point I had been perscribed Gabapentin,

(Rev. 1/30/07)  4

by Doctor Chris Wright at Rocky Mountain Family Medican in Englewood Colorado.

5. While waiting to see their Psych Doctor/Mental Health either Adams county Detention Facility or CCS the medical provider for ACDF randomally decided to take me off the Gabapentin. This accured on the 15th of April 2017.

6. I kited the medical staff by there own kite system (which is seperate from from the kite/Grevience system for ACDF) and got no response to why they took me off the medications.

7. So I grewed ACDF and CCS this time using ACDF'S grevience system in which they finally replied telling me they dont give that medication.

8. Adams County Detention Facility/CCS never replaced my medications with anything.

9. Which caused me to have frequent Anxiety Attacks, and constant Stress/Anxiety.

10. About two months after I have been at the facility I finally saw a Doctor who was able to perscribe me medications. At this point I have had no medications for either of the problems that I have always been treated for, ADHD and Anxiety Disorder. Dr. Doe agreed that I needed medications after checking into my history and approved both medications that I came in on, Adderal and Gabapentin at there same doses, Adderal 30mg two times a day and Gabapentin 1200mg two times a day.

11. I was given my Gabapentin 1200mg two times a day for

six days then ACDF/CCS then again took them from me. I never recieved my adderal even though it was approved.

11. Seven days after I started the medications at this time they were already gone again, the Doctor pulled me back into his office were he told me this time that he did not feel confortable given me those medications. I told him that it was clear that he was being coborsed to say that, considering he just approved my medications the week before. He then told me that I have to see the Psych Doctor and he's not going to perscribe me anything.

12. Later that day I was seen by the Psych Doctor Jane Doe who told me she was not allowed to perscribe me my medications, and all she could do was give me a select few medications. So she then perscribed me Effexer that was suppose to be for the ADHD and Visteral that was suppose to be for my Anxiety.

13. These medications just made me feel worse and caused me bad anxiety attacks and other crazy side effects in which just added to the conditions that I was already dealing with.

14. On a follow up appointment with Doctor Jane Doe I explained that the medications she was given me were not working. She told me she would add Saraquil and increase the doses to the other medications.

15. The lack of my proper medications caused my behavior to be erradic. I kept acting out getting multiple write ups and was unable to properly communicate with my Lawyer and Judges. Causing me to take a plea deal to charges that I did not do instead of going to trial. I also suffered Anxiety attacks and made poor impulsive decisions due to not having

proper medications.

16. The new medications caused me to suffer night terrors, hot and cold sweats, deranged thoughts, and lack of sleep. They also caused me to have liver failer in which I am now stuck at DRDC the Diagnostic Center for Doc. were I am forced to stay at 23 hour lockdown until my liver Enzymes go down. all caused from the medications that were perscribed by A Doctor Jane Doe at Adams County Detention Facility.

2. Claim Two: <u>State Court Claim Assaults/U.S. Constitutional Claim</u>
   Supporting Facts: 8th and 14th Ammendment Violation Exsessive Force and 1st Amenendment Retaliation.

17. On July 3rd 2017 at or around 5:00 PM I was just finishing up eating my dinner. At this time the Deputy came into the pod to pass out mail. At this time I got up and walked over to the trash can were two other people just got done throwing their trash away, the trashcan was located next to Sheriff Archaleto when I got up to the trash can the Deputy Sheriff looks at me and says " If you come up behind me agian your going to get fucked up." In which I replyed "whos going to fuck me up? and why. At that moment Deputy Archaleto grabs me and forced me into the other room, the Officers refure to this room as the Cloud or the Sally port. Saying "lets take a walk ass hole." as he forces me into the other area he insists on kneeing me over and over in the back. When we get to the

(Rev. 1/30/07)                            5

doorway to the sally Port 8 more Deputy Sheriffs Show up to join in. The first guy through the door says "Theres that piece of Shit. As all eight Deputy Sheriffs whos true names are unknown continue to assault me. They then flipped me onto my head knocking me out instantly. When I awoke/came to they continued to beat me and yell derogatory comments like "This is what you deserve" "Fucking crying ass baby" "What are you going to tell the Courts now" "Think this is what winning feels like". Then Deputy Archaleto says to me "If you Fucking say/cry about this to our bosses to the courts or anyone then we will Fucking kill you." "You got that bitch" Then another one of the Deputys says Stop resisting as they all huddle around me to block the cameras from what they are doing. I Attempted to reply "Im Not" but before I could get it out, someone else says taze him, so the Deputy Sheriff with the tazer Shoots me with the tazer and tazed me over and over. Not only was I already cuffed I never once came close to resisting or disobaying any order. I complyed the entire time realizing that their was never anything that I could ot done, because this was a personal attack aganist me. Then all eight deputy Sheriffs rip me to my feet and walk me down to their holding cells with the tazer prongs still in my back.

18. While I was in the holding cell they came back in took pictures of all the injures where I had ~~scratchy~~ marks everywhere along with brusis and contusions. Then they just left me, in which I had a really bad anxiety attack and feel over and hit my head off the wall. All the same Deputy Sheriffs came running in just to make more comments like "You Fucking Girl" and "quite being a bitch" the nurse came in as well and they told her that I was just being a Bitch and I did not need medical attention I will be fine.

19. After I sat in the holding cell from around 5:15pm to 8:30PM the Deputys let me out and put me back into the same pod in which everyone in there was a witness to the incident. Then acted like nothing ever happened and never brought the incident up agian.

20. No disciplinary action was ever inicated aganest me in conjunction with the use of ~~excess~~ force this proves the deputys assault ~~was~~ on me was not an attempt to restore peanological order but a willfull and wanton evilly motivated assault on my person to install fear of using the grevience system, continuing with my lawsuit and challanging the jails absoulut athority within its own walls.

21. The assault and beating I recieved ~~was~~ allong with the threat on my life was enough to stop me from saying, complaining, or greving anymore about the medical ~~~~ issues or the facility because I was in fear for

my life.

22. from the assault I suffered pain in my back, from getting kneed over and over, in which im going to have to get an MRI for. Pain in my neck from being slammed on my neck and am going to have to get an MRI for when I get out. pain in my tempels from being punched nurve damage in my wrists from being cuffed to tight and wrenched, uper back and brain (PTSD) from being tazed and overall pain from the sever beating I was given for no reason. I had cuts, contugens, bruses and welts for weeks after the incident. And I am going to need extensive medical care in the future for the damage in my neck and back.

23. I was scared for my life, to ask for help, to use the greuience system or to work on my lawsuit, I was afraid the guards/Deputys were going to kill me.

24. I filed a timely notice of claims with the Adams County Attorney's office to satisfy the requirements of the CGIA C.R.S 24-10-109

3. Claim Three: <u>State Court Claim threats, ~~Breach~~ Fear of Physical</u>
   Supporting Facts: Harm, U.S. Constitutional claim 8th and 14th Ammendment Imminent threats:

I realedge allegations 17, 18, 19, 20, 21, 22, 23.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? __ Yes __ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Adams County Detention Facility

2. Docket number and court name: 2017 CV 74 Adams County District Court

3. Claims raised in prior lawsuit: Assault and Negligence

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Still in Court

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X Yes __ No (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes __ No (CHECK ONE).

F. Administrative Relief

1. As to the negligence deliberate in difference Claims administrative remedies were properly exhausted.

2. As to the Assaults, Exsesive Force, Retaliation, threats, iminent threats, and fear of Physical harm administrative remedies should not be considered availiable because the threat made on my life after the beating I recieved would be enough to stop a person of ordinary firmness to not make any formal complaints about the assaults and threats and retaliation while still in the custody of the Adams County Detention Facility.

3. The Common Law State tort claims of assault, threats, and negligence do not require exhostion of remedies. C.R.S. 13-17.5-102.3, Colorado States exhostion of remedies for Statatory and constitutional claims does not apply to common law tort claims. Adams v. Corr. Corp. of Am. 187 p.3d 1190 (Colorado app. 2008)

G. Request for Relief
5. Attorneys fees
6. Recovery of all costs of suit
7. Any other relief the court deems appropriate.

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Nomial Damages
2. Compensatory Damages in the amount of $175,000 aganst each defendant jointly and severally.
3. Punitive Damages in the amount of $1,000,000 dollars aganest each defendant except the municapality of Adams County jointly and severally
4. Jury trial on all issues triable by jury

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   10-31-2017
                    (Date)

_____
(Prisoner's Original Signature)